IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 17-cv-00896-RM-MJW

SARAH C. FUCHS and the Estate of RODNEY G. FUCHS,

   Plaintiffs,

v.

SAFECO INSURANCE COMPANY OF AMERICA

   Defendant.

_____

**ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**
_____

   THIS MATTER, having come before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice (ECF No. 31). The Court, having reviewed the Stipulation and being fully advised, hereby ORDERS as follows:

   The Parties' Stipulation of Dismissal with Prejudice is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay his/her or its own attorney's fees and costs; and

   FURTHER ORDERS that there being no parties or claims remaining, the Clerk of the Court is directed to close this case.

   Dated this 5th day of February, 2018.

                                             BY THE COURT:

                                             _____
                                             RAYMOND P. MOORE
                                             United States District Judge